```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

JEREMY RICHARDSON and
MANDY LARSON, on behalf of
themselves and all others
similarly situated,

      Plaintiffs,

v.                                  Case No: 2:18-cv-715-Ftm-99MRM

PROGRESSIVE AMERICAN
INSURANCE COMPANY,
PROGRESSIVE SELECT
INSURANCE COMPANY, J.D.
POWER & ASSOCIATES, AND
MITCHELL INTERNATIONAL
INC.,

      Defendants.

## ORDER

This matter comes before the Court on intervenor's Notice Of Withdrawing Intervenor's Motion to Intervene and Transfer or, in the Alternative, to Stay Pursuant to the First-Filed Rule (Doc. #134) filed on March 10, 2021. Counsel for the Intervenor met and conferred with counsel for the parties and states that all parties agree to the withdrawal of the Motion to Intervene (Doc. #123) filed on February 5, 2021.

Accordingly, it is hereby

**ORDERED**:

1. Intervenor's Motion to Intervene and Transfer or, in the Alternative, to Stay Pursuant to the First-Filed Rule (Doc.

    #123) is deemed withdrawn.

2. The hearing for oral arguments on the Motion to Intervene scheduled for March 12, 2021 at 10:00 a.m. is hereby **cancelled**.

    **DONE and ORDERED** at Fort Myers, Florida, this __10th__ day of March, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record