# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| JEREMY RICHARDSON and MANDY LARSON, on behalf of themselves and all those similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>PROGRESSIVE AMERICAN INSURANCE COMPANY, PROGRESSIVE SELECT INSURANCE COMPANY, J.D. POWER & ASSOCIATES, and MITCHELL INTERNATIONAL, INC.<br><br>                Defendants. | Case No.: 2:18-cv-00715<br><br>**AMENDED JOINT NOTICE OF SETTLEMENT** |

Plaintiffs, Jeremy Richardson and Mandy Larson (collectively, "Plaintiffs") and Progressive American Insurance Company, Progressive Select Insurance Company, J.D. Power & Associates, and Mitchell International, Inc. (collectively, "Defendants"), hereby provide notice to this Court that the parties have an agreement in principle to settle this case on an individual, non-class basis. The parties anticipate that they can finalize and execute respective settlement agreements within 30 days, and respectfully request that the Court administratively close this case for 30 days to enable finalization and execution of the respective settlement agreements.

Dated: February 1, 2022        Respectfully submitted,

                                                /s/Ryan J. McGee
                                                John A. Yanchunis (FBN. 324681)
                                                Ryan J. McGee (FBN. 064957)
                                                MORGAN & MORGAN
                                                COMPLEX LITIGATION GROUP

201 N. Franklin St., 7th Floor
Tampa, FL 33602
O: (813) 223-5505
F: (813) 222-2434
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Jonathan H. Waller (AL Bar No. WAL073)
WALLER LAW OFFICE, PC
2001 Park Place, Suite 900
Birmingham, AL 35203
O: (205) 313-7330
jwaller@waller-law.com

*Counsel for Plaintiffs*

/s/ *Zachary A. McEntyre*
Jeffery S. Cashdan (*Admitted PHV*)
Zachary A. McEntyre *(Admitted PHV)*
J. Matthew Brigman *(Admitted PHV)*
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com

*Counsel for Defendants Progressive American Insurance Company and Progressive Select Insurance Company*

/s/ *Scott T. Schutte*
Scott T. Schutte (*Admitted PHV*)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Street
Chicago, IL 60601-5094
Telephone: (312) 324-1000
scott.schutte@morganlewis.com

*Counsel for Defendants J.D. Power & Associates and Mitchell International, Inc*.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ <u>Ryan J. McGee</u>